UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANTHONY WILLIAMS | No. 23 CR 149<br><br>Judge Thomas M. Durkin |

**MODIFIED PROTECTIVE ORDER GOVERNING DISCOVERY**

Upon the motion by the government for a modified protective order, pursuant to Fed. R. Crim. P. 16(d) and 18 U.S.C. § 3771(a)(1) and (8), it is hereby ORDERED:

1. Pursuant to this Court's Order, on August 22, 2023, the government is obtaining, from the Chicago Police Department, and producing all complaints for the officers the government intends to call at trial, both sustained complaints and unsustained/closed with no action taken complaints. Dkt. 48.

2. These materials, provided by the Chicago Police Department, specifically the sustained complaints and unsustained/closed with no action taken complaints, contain particularly sensitive information, including, but not limited to, information related to employees of the Chicago Police Department, which, in many instances, includes sensitive personal information about such employees, coworkers, individuals who are not employed by the Chicago Police Department, and other unrelated third parties who may be referenced in the documentation.

3. These materials, provided by the Chicago Police Department, specifically the sustained complaints and unsustained/closed with no action taken

complaints, shall be designated as "Sensitive – Attorneys Eyes Only" by the government prior to disclosure to defense counsel. No materials designated "Sensitive – Attorneys Eyes Only", or the information contained therein, may be disclosed to any persons other than defense counsel for defendant, and other professionals at Faegre Drinker Biddle & Reath LLP who are supporting defense counsel in connection with this case, without prior notice to the government and authorization from the Court.

4. The prior July 13, 2023 protective order governing discovery, entered under docket entry 23, is modified by the added provisions in this Order and, in all other respects, shall remain in full effect.

ENTER:

*Thomas M Durkin*

THOMAS M. DURKIN
DISTRICT COURT JUDGE
United States District Court
Northern District of Illinois

Date: 8/24/2023